*(Rev. 11/26/18)*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 3 0 2023

TONY R. MOORE, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

Kirk Underwood
_____
Plaintiff

Case No. 6:23-CV-01312

VS.

Judge *David C. Joseph*

Board of Supervisors for the University
_____
Defendant *of Louisiana System, et. al*

Magistrate
Judge *Carol B. Whitehurst*

## CONSENT TO RECEIVE NOTICE AND SERVICE ELECTRONICALLY

Please indicate your consent to receive electronic notification by completing and signing the form below.

Kirk _____ Albert _____ Underwood _____ _____
(First Name)          (Middle Name)          (Last Name)          (Gen.)

In accordance with the provisions of Fed.R.Civ.P. 5, I understand that service, except for original process, will be sent to me by electronic means to the e-mail address below.  I agree to waive the provisions of Fed.R.Civ.P. 77(d) and Fed.R.Crim.P. 49(c) providing service of notice of the entry of an order or judgment by mail and consent that such notice may be served by electronic means. **Note: For security reasons, viewing documents in Social Security cases will require a CM/ECF login and password.  There is no charge for the login and password, but training may be necessary. To obtain one, please visit our website at www.lawd.uscourts.gov.

I understand my responsibility to advise the Clerk's Office promptly in writing of any electronic mail or physical address changes.  I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.

E-mail:      Kirkunderwood@me.com _____

_____          11/30/2023
(Signature)                      (Date)

Please return the completed form to the clerk's office for the division in which your case is pending.