UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RACHEL MEULLION ET AL**                **CASE NO.  6:23-CV-01312**

**VERSUS**                                **JUDGE DAVID C. JOSEPH**

**BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL**      **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MEMORANDUM ORDER

Before the Court is the *Motion to Dismiss for Insufficient Service of Process* filed by the Board of Supervisors for the University of Louisiana System, for the University of Louisiana at Lafayette ("the Board") (Rec. Doc. 8), which Plaintiffs, proceeding *pro se*, opposed (Rec. Doc. 14). Also before the Court is Plaintiffs' *Motion for Extension of Time to Serve the Chief Executive Officer of the Defendant* (Rec. Doc. 15). The Board seeks dismissal for improper service, and Plaintiffs seek additional time to perfect service on the Board.

Plaintiffs filed suit on September 21, 2023, and summons were issued for the Board and the three individually named Defendants, Paul Thomas, Vanessa Richard, and Stacy Robinette Broussard. (Rec. Doc. 1; 2). Before any defendant was served, all defendants filed a motion for extension of time to file responsive pleadings. (Rec. Doc. 3). Therein, the Board stated that it "received service of the Complaint on

October 9, 2023" and requested an extension of time to file responsive pleadings. (Rec. Doc. 3, ¶1). Defendants' motion for extension further stated that service on Thomas, Richard, and Broussard had not been confirmed and "without waiving any requirements regarding proper service thereupon or any other available defenses, an extension for the filing of responsive pleadings is requested for those three individual Defendants as well." (Rec. Doc. 3, ¶3). The Court granted the motion (Rec. Doc. 4).

On November 30, 2023, Plaintiffs filed a motion for extension of time to effect service on all Defendants, which the Court granted, allowing Plaintiffs until January 19, 2024, to serve all Defendants. (Rec. Doc. 6; 7). On the same date the Court granted the extension to serve, the Board filed the instant Motion to Dismiss for Insufficient Service, arguing Plaintiffs must serve the Board through the State Attorney General and the board, or agency head or person pursuant to La. R.S. §13:5107. Thereafter, Plaintiffs filed proof of service, indicating that service was made upon the Board on November 13, 2023. (Rec. Doc. 10). To further complicate the docket, Plaintiffs thereafter filed an amended complaint (Rec. Doc. 11; 12; 13) and another motion for extension of time to service the Board's CEO (Rec. Doc. 15).

The Court finds that the record does not support granting either the motion to dismiss or Plaintiffs' motion for extension at this time. The Court has already granted Plaintiffs an extension of time to serve all Defendants until January 19, 2024. Accordingly,

IT IS ORDERED that the Board's Motion to Dismiss for Insufficient Service of Process (Rec. Doc. 8) is DENIED WITHOUT PREJUDICE. In the event the Board re-files the motion, its supporting memorandum shall include a discussion of whether the Board waived its right to object to service in Rec. Doc. 3, ¶1.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Extension of Time to Serve the Chief Executive Officer (Rec. Doc. 15) is DENIED WITHOUT PREJUDICE. Plaintiffs have until January 19, 2024 to perfect service on all Defendants, per Rec. Doc. 7.

Signed at Lafayette, Louisiana on this 20th day of December, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE