UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RACHEL MEULLION ET AL** | **CIVIL DOCKET NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 30] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED that, consistent with the REPORT AND RECOMMENDATION, the MOTION TO DISMISS filed by Defendants Paul Thomas, Vanessa Richard, and Stacey Robinette Broussard [Doc. 19] is GRANTED and Plaintiffs' claims against them are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 11th day of March, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE