UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RACHEL MEULLION AND KIRK UNDERWOOD<br>Plaintiffs | CIVIL ACTION NO. 6:23-CV-01312<br><br>JUDGE DAVID C. JOSEPH |
| VERSUS | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM<br>Defendant | JURY TRIAL DEMANDED |

### Request for Entry of Default

Plaintiffs, Rachel Meullion and Kirk Underwood, request that the clerk of court enter default against defendant, BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.1, for failure to plead or otherwise defend.

In support of this request, Plaintiffs rely upon the following:

1. **The record in this case**, which shows that the Defendant was properly served with the Second Amended Complaint via certified mail on September 30, 2024, as evidenced by the attached certified mail receipt. Certified Tracking Number: 9589071052701139084371

2. **The certified mail receipt**, which is attached hereto as proof of service. (Exhibit A)

3. **The affidavits submitted herein**, attesting to the Defendant's failure to plead or otherwise defend. (Exhibit B)

Since the Defendant has failed to respond within the time allowed under the Federal Rules of Civil Procedure, Plaintiffs request that the Clerk of Court enter default against the Defendant.

Respectfully submitted, October 25, 2024.

*Rachel Meullion*
Rachel Meullion
193 Grand Lake Drive
Arnaudville LA 70512
337-322-1949

*Kirk Underwood*
Kirk Underwood
193 Grand Lake Drive
Arnaudville LA 70512
337-322-1949

## CERTIFICATE OF SERVICE

We certify that on this 25 day of October, 2024, we delivered a copy of this filing (**Request for Entry of Default**) to defendant by depositing it in the mail, certified postage paid, addressed to the Defendant's attorney: Certified Number: 70150640000656617914

**LIZMURRIL**
**ATTORNEY GENERAL**
Lawrence E. Marino (23206)
Cearley W. Fontenot (30502)
Paige Casselman Beyt (35041)
Special Assistant Attorney General
OATS & MARINO
A Partnership of Professional Corporations
100 E. Vermilion Street. Suite 400 Lafayette, LA 70501
Telephone: (337) 233-1100
Fax:(337)233-1178
Email; cfontenot@oatsmarino.com
Email: pbeyt@oatsmarino.com
*Counsel for Board of Supervisors for the*
*University of Louisiana Systems, for the University of Louisiana at Lafayette*


Rachel Meullion
*Pro Se*


Kirk Underwood
*Pro Se*

# Exhibit A

# Certified Mail Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$

Total Postage and Fees
$

Sent To
Cearley W. Fontenot
Street and Apt. No., or PO Box No.
100 E. Vermilion St. Suite 400
City, State, ZIP+4®
Lafayette, LA 70501

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — SEP 30 2024 GRAND COTEAU LA



UNITED STATES POSTAL SERVICE.

GRAND COTEAU
214 MARTIN L KING RD
GRAND COTEAU, LA 70541-9998
(800)275-8777

09/30/2024                    12:59 PM

Product              Qty    Unit    Price
                            Price

First-Class Mail®     1             $4.61
Large Envelope
    Lafayette, LA 70501
    Weight: 0 lb 11.80 oz
    Estimated Delivery Date
        Wed 10/02/2024
Certified Mail®                     $4.85
    Tracking #:
        9589 0710 5270 1139 0843 71
Total                               $9.46

Grand Total:                        $9.46

Credit Card Remit                   $9.46
    Card Name: VISA
    Account #: XXXXXXXXXXXX6429
    Approval #: 19421C
    Transaction #: 324
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

        Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.



        or call 1-800-410-7420.

UFN: 213731-0841
Receipt #: 840-57000159-1-1862976-2
Clerk: 02

# Exhibit B

# Plaintiffs Rachel Meullion And Kirk Underwood's Affidavit in Support of Request for Entry of Default

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, **Rachel Meullion**, the Plaintiff in the above-captioned case, hereby declare under penalty of perjury that the following facts are true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-entitled action and I am representing myself pro se.

2. The Defendant, **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**, was properly served with the Second Amended Complaint through certified mail on September 30, 2024, as evidenced by the certified mail receipt attached hereto.

3. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

4. The Defendant has neither requested an extension of time to respond nor made any appearance in this case to defend against the claims set forth in the Second Amended Complaint, as reflected in the case record.

5. In addition to failing to respond to the Second Amended Complaint, the Defendant has repeatedly engaged in obstructive behavior throughout the discover process. Consequently, I was left with no choice but to file a motion to compel discovery responses, motion for protective order to delay deposition and extend discovery deadline, and request for relief & sanctions, all of which remain pending before the court.

6. Based on the above, I respectfully request that the Clerk of Court enter a default against the Defendant, **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**, pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Rachel Meullion  
*Pro Se Plaintiff*

October 25, 2024  
Date

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, **Kirk Underwood**, the Plaintiff in the above-captioned case, hereby declare under penalty of perjury that the following facts are true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-entitled action and I am representing myself pro se.

2. The Defendant, **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**, was properly served with the Second Amended Complaint through certified mail on September 30, 2024, as evidenced by the certified mail receipt attached hereto.

3. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

4. The Defendant has neither requested an extension of time to respond nor made any appearance in this case to defend against the claims set forth in the Second Amended Complaint, as reflected in the case record.

5. In addition to failing to respond to the Second Amended Complaint, the Defendant has repeatedly engaged in obstructive behavior throughout the discover process. Consequently, I was left with no choice but to file a motion to compel discovery responses, motion for protective order to delay deposition and extend discovery deadline, and request for relief & sanctions, all of which remain pending before the court.

6. Based on the above, I respectfully request that the Clerk of Court enter a default against the Defendant, **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**, pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Kirk Underwood  
*Pro Se Plaintiff*

10/25/2024  
Date