RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 0 3 2025
DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE

| | |
|---|---|
| RACHEL MEULLION AND KIRK UNDERWOOD<br>Plaintiffs | CIVIL ACTION NO. 6:23-CV-01312<br><br>JUDGE DAVID C. JOSEPH |
| VERSUS | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM<br>Defendant | JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF CORRECTION OF EXHIBITS & FOOTNOTE ERRORS IN PLAINTIFFS' MOTION & MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE DAVID C. JOSEPH**

**PLEASE TAKE NOTICE** that Plaintiffs, Rachel Meullion and Kirk Underwood, appearing pro se, respectfully notify the Court that after filing their Motion and Memorandum in Opposition to Defendant's Motion for Summary Judgment on January 28, 2025, they discovered errors in the numbering of certain footnotes and exhibits. These errors are clerical and do not alter the substance of the arguments presented. The corrections are made solely for the purposes of clarity and accurate referencing in the record.

1. **Corrections in Plaintiffs' MOTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 (Rec. Doc. 73):**

    - **Rec. Doc. 73; Page 3 Correction (Exhibit Citation):**
      At the bottom of page 3, the sentence that begins with "On November 5, 2021 (Exhibit 24; Exhibit 53)" is incorrect. The sentence should read "On November 5, 2021 (Exhibit 24; Exhibit 52)". Exhibit 52 correctly identifies the opposition letter sent on November 5, 2021 by Plaintiff Underwood.

2. **Corrections in Plaintiffs' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 (Rec. Doc. 73-1):**

- **Rec. Doc. 73-1; Page 20 Correction (Exhibit Citation):**

    At the top of page 20, the fragment that currently reads "and November 19, 2021 (Exhibit 30; Exhibit 58)" is incorrect. The fragment should read "and November 19, 2021 (Exhibit 31; Exhibit 59)." Exhibits 31 and Exhibit 59 correctly identify the letters sent on November 19, 2021 by Plaintiffs.

- **Footnote Corrections:**

    (a). **Rec. Doc. 73-1; Page 14 – Footnote (14) for "their religious beliefs":**

    The sentence at the top of the page originally reads:

    "[…] explicitly informed Defendant of their religious beliefs[14] and the conflict through their …"

    The footnote references appended to "their religious beliefs" is incorrect.

    **The Corrected Footnote is (9) for "their religious beliefs":**

    "[…] explicitly informed Defendant of their religious beliefs[9] and the conflict through their …"

    (b). **Rec. Doc. 73-1; Page 18 – Footnote (18) for "from not marking undue hardship":**

    The paragraph that begins with:

    "The Defendant's shifting justifications for denying accommodations [13]—from not marking undue hardship[18]…"

    The footnote references appended to "from not marking undue hardship" is incorrect.

    **The Corrected Footnote is (13) for "from not marking undue hardship":**

    "The Defendant's shifting justifications for denying accommodations[13]—from not marking undue hardship[13]…"

(c). **Rec. Doc. 73-1; Page 22 – Footnote (23) for "identified a protected class":**

The last paragraph, second to last sentence on page 22 that begins with:

"The Plaintiffs have clearly identified a protected class[23] under…"

The footnote references appended to "identified a protected class" is incorrect.

**The Corrected Footnote is (20) for "identified a protected class":**

"The Plaintiffs have clearly identified a protected class[20] under…"

(d). **Rec. Doc. 73-1; Page 24 – Footnote (25) for Work Status Dates:**

On page 24, the third complete sentence from the top of the page currently reads:

"Since Plaintiff Meullion had been working full-time on campus since May 20, 2021[25] and Plaintiff Underwood since July 1, 2021[25]…"

The footnote references appended to the dates "May 20, 2021" and "July 1, 2021" are incorrect.

**The Corrected Footnote is (22) for "May 20, 2021; July 1, 2021":**

"Since Plaintiff Meullion had been working full-time on campus since May 20, 2021[22] and Plaintiff Underwood since July 1, 2021[22]…"

In light of the foregoing, the footnotes in the Memorandum in Opposition to Defendant's Motion for Summary Judgment are being corrected due to a clerical error that occurred when a section was removed from the document, which inadvertently altered the intended footnote numbering. In addition, certain exhibits were mistakenly typed incorrectly. These corrections are strictly clerical in nature and are being made solely to ensure that the record accurately reflects the intended exhibits and footnote references. The substantive arguments and positions set forth in the motion and memorandum remain unchanged. For these reasons, Plaintiffs respectfully request that the Court accept these corrections.

Respectfully submitted February 3, 2025.

*[signature]*
Rachel Meullion
193 Grand Lake Drive
Arnaudville, LA 70512
(337- 322-1949)

*[signature]*
Kirk Underwood
193 Grand Lake Drive
Arnaudville, LA 70512
(337- 322-1949)

## CERTIFICATE OF SERVICE

We certify that on this 3 day of February, 2025, we delivered a copy of this filing to defendant by depositing it in the mail or email, addressed to the Defendant's attorney:

**LIZ MURRIL**
**ATTORNEY GENERAL**
Lawrence E. Marino (23206)
Cearley W. Fontenot (30502)
Paige Casselman Beyt (35041)
Special Assistant Attorney General
OATS & MARINO
A Partnership of Professional Corporations
100 E. Vermilion Street. Suite 400 Lafayette, LA 70501
Telephone: (337) 233-1100
Fax:(337)233-1178
Email; cfontenot@oatsmarino.com
Email: pbeyt@oatsmarino.com
*Counsel for Board of Supervisors for the*
*University of Louisiana Systems, for the University of Louisiana at Lafayette*

*[signature]*
Rachel Meullion
Pro Se

*[signature]*
Kirk Underwood
Pro Se