UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RACHEL MEULLION ET AL**                    **CASE NO.  6:23-CV-01312**

**VERSUS**                                   **JUDGE DAVID C. JOSEPH**

**BOARD OF SUPERVISORS UNIVERSITY OF**       **MAGISTRATE JUDGE CAROL B.**
**LOUISIANA SYSTEM ET AL**                   **WHITEHURST**

**MINUTES OF COURT:**
**MOTIONS HEARING**

| Date: | Feb. 21, 2025 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 9:54 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:48 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 54 Minutes | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| Rachel Meullion, Plaintiff | For | Rachel Meullion, Plaintiff |
| Kirk Underwood, Plaintiff | For | Kirk Underwood, Plaintiff |
| Cearley W. Fontenot | For | Board of Supervisors University of Louisiana System, Defendants University of Louisiana at Lafayette, Defendants |

**PROCEEDINGS**

Case called for motions hearing.

After considering oral argument, motion and memoranda submitted as well as the applicable law, the Court GRANTED IN PART AND DENIED IN PART [68] Motion for Partial Summary Judgment for the reasons stated on the record.

The Court ORDERED Defendants to file in the record the CDC policy as it applies to Plaintiffs allegations.

The Court took Defendant's [70] Motion for Summary Judgment UNDER ADVISEMENT and will issue a written ruling.