# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **RACHEL MEULLION ET AL** | **CASE NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## SETTLEMENT CONFERENCE ORDER

A settlement conference is set for **April 3, 2025 at 9:30 a.m.** with the undersigned in Courtroom 6 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana. The following orders are entered to assist the court in an objective appraisal and evaluation of the lawsuit, and to ensure that the necessary parties are present for the conference.

A. **PERSONS ATTENDING THE CONFERENCE**

The conference shall be attended by trial counsel accompanied by counsel's client or authorized representative. If a party is being defended by an insurance carrier and that carrier will be called upon to fund any settlement, a representative of that carrier must be present. Any authorized representative must **PERSONALLY** have full settlement authority, which is defined for the purpose of this order as authority up to the amount of the last offer made by the opposing party, unless prior

approval of the Court is granted, in which case, the authorized representative attending must have readily available by telephone or similar means of communication a person with full settlement authority during the entirety of the conference.

Non-resident adjusters and representatives may attend by telephone or video conference provided all parties agree and the adjuster/representative possesses the required full settlement authority. Counsel for any party attending by video conference shall provide the necessary link(s).

B.   CONFIDENTIAL STATEMENTS

Each party shall deliver to Judge Whitehurst a written Confidential Settlement Conference Statement by e-mail to whitehurst_orders@lawd.uscourts.gov no later than **seven days before the conference**.  The statement shall not exceed four pages and shall contain the following:

(a)   The name and title, if applicable, of the client or authorized representative who will be attending the conference with trial counsel.

(b)   Liability:  A brief statement of the liability issues present in the case, including a description of the strongest and weakest points of your case, both legal and factual.

(c)   Status of Settlement Negotiations:  A brief statement of the settlement negotiations to date, including the last settlement proposal made by and to you and the date thereof.  The parties must make a good faith exchange of offers prior to the conference.  Include any "sticking points" preventing settlement.

    (d)    <u>Quantum</u>: A brief statement of your position on quantum, including any injuries sustained, surgeries, current medical status, and any other relevant legal or factual issues.

**C.    ATTACHMENTS**

Copies of the following documents may be attached to the Confidential Settlement Conference Statement if they exist and counsel deems them relevant:

    (a)    Major relevant medical reports concerning plaintiff's medical condition;

    (b)    Economic loss reports;

    (c)    Non-medical expert reports; or

    (d)    Any other documents which counsel believe may be of benefit to the Court in evaluating the case.

**D.    CONFIDENTIALITY**

The contents of the statements and all communications made in connection with the settlement conference are confidential and will not be disclosed to anyone without the express permission of the communicating party or order of a court of competent jurisdiction. The statements and any other documents submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference.

Signed at Lafayette, Louisiana on this 25th day of February, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE