**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**RACHEL MEULLION AND**                 **CIVIL NO. 6:23-cv-01312**
**KIRK UNDERWOOD**

**VERSUS**                              **JUDGE DAVID C. JOSEPH**

**BOARD OF SUPERVISORS FOR**            **MAGISTRATE JUDGE**
**THE UNIVERSITY OF LOUISIANA**         **CAROL B. WHITEHURST**
**SYSTEM, ET AL**

---

**ORDER**

---

On consideration of Defendant's Motion for Leave to File Supplemental Brief on Behalf of Board of Supervisors for the University of Louisiana System, for the University of Louisiana at Lafayette,

IT IS HEREBY ORDERED that Defendants', Board of Supervisors for the University of Louisiana System, for the University of Louisiana at Lafayette, Motion for Leave to File the Supplemental Brief, is granted.

LAFAYETTE, LOUSIANA, this ____ day of _____, 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**