# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **RACHEL MEULLION ET AL** | **CASE NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES OF SETTLEMENT CONFERENCE

On March 19, 2025, the undersigned magistrate judge held a settlement conference in this matter, commencing at 10:00 a.m. and concluding at 10:45 a.m.[1] Participating in the conference were the following:

- Kirk Underwood and Rachel Meullion, Plaintiffs;

- Michael Cohen and Leonor Prieto, representatives of Sedgwick, Third-party administrator for the University of Louisiana System Office of Risk Management;

- Paul Thomas, Associate Vice President for Administration and Finance and Chief Human Resources Officer;

- Cearley Fontenot, counsel for Defendant.

---

[1] Statistical time: 45 minutes

At the conclusion of the conference, the parties failed to reach an amicable settlement of their dispute.

Signed at Lafayette, Louisiana on March 19, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE