UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RACHEL MEULLION ET AL**                                          **CASE NO. 6:23-CV-01312**

**VERSUS**                                                                         **JUDGE DAVID C. JOSEPH**

**BOARD OF SUPERVISORS UNIVERSITY OF**          **MAGISTRATE JUDGE CAROL B.**
**LOUISIANA SYSTEM**                                                  **WHITEHURST**

**MINUTES OF COURT:**
**MOTION HEARING \ PRETRIAL CONFERENCE**

| Date: | May 21, 2025 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:04 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:14 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 1:10 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| Kirk Underwood, Plaintiff | | Pro Se |
|---|---|---|
| Rachel Meullion, Plaintiff | | Pro Se |
| Cearley W Fontenot | For | Board of Supervisors University of |
| Lawrence E Marino | | Louisiana System Defendant |

**PROCEEDINGS**

Case called for motions hearing. After considering oral argument, motions and memoranda submitted as well as the applicable law the Court:

(i)   **Granted in Part, Denied in Part** [Doc. 95] Motion in Limine by Board of Supervisors, University of Louisiana, for the reasons stated on the record.

(ii)  **Granted in Part, Denied in Part** [Doc. 96] Motion in Limine by Rachel Meullion and Kirk Underwood, for the reasons stated on the record.

(iii) **Denied** [Doc. 97] Request for Judicial Notice Under Federal Rule of Evidence 201 for the reasons stated on the record.

(iv)  **Denied** [Doc. 103] Plaintiffs Objection to Defendant's Untimely Opposition to [Docs. 96, 97].

(v)   **Denied** [Doc. 111] Plaintiffs Objection to Defendants Designated Trial Deposition Testimony, for the reasons stated on the record.

See transcript for complete colloquy.

Page 2
May 21, 2025

A pretrial conference was held. After discussion, the Court GRANTED Plaintiff's Oral Motion to Continue Trial to allow time to retain counsel. Jury trial is RESET for **December 15, 2025, at 9:00 a.m. in Courtroom 1, Lafayette, La.** Pretrial conference is RESET for **November 24, 2025, at 2:00 p.m. in chambers.** The remaining pre-trial deadlines are adjusted as follows:

1. Due by November 17, 2025:   Joint Pre-Trial Order
   Affirmation of Settlement Negotiations
   Trial Depositions

2. Due by December 8, 2025:   Bench Books

*See* previous Scheduling Order [Doc. 39] for detailed instructions.