**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RACHEL MEULLION ET AL.** | **CASE NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**************************************************************************************

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs Rachel Meullion and Kirk Underwood proposed the following voir dire questions for prospective jurors:

**Bias Surrounding COVID-19**

1. Does anyone have a strong belief about COVID-19 that would make them unable to sit as a fair and impartial juror in a case that surrounds accommodations for COVID-19?
2. Have you ever worked in a position that required you to enforce or comply with COVID-19 policies, such as testing, masking, or vaccination? If yes, explain.
3. Do you have any strong feelings about people who objected to COVID-19 testing or vaccination based on religious beliefs?

**Bias Surrounding Nature of Case**

4. What personal professional experiences have you had dealing with religious discrimination that could strongly influence your thinking in this case – but that would not affect your thinking about a case that didn't deal with the issue of religious discrimination?
5. Has anyone on the panel had any experience, good or bad, with co-workers who have been requested a religious accommodation in the workplace? Describe those experiences.

6. Have you, or a family member or close friend served as an owner, officer or manager of a company with 50 or more employees?
7. Has anyone held a job in which you have had management or supervisory responsibilities (for hiring, firing, or discipline)?
8. Is there anyone here who has worked in human resources or who has had employment-related experience with human resources?
9. Have you, a family member or close friend ever had a charge or complaint of employment discrimination filed against you?
10. Have you, a family member or close friend ever filed a complaint of employment discrimination?
11. Do any of you tend to believe that an employer or a person in a management or supervisory position is generally more credible or likely to tell the truth than the lowest level employee in an organization?
12. Is there anyone who has ever been accused or disciplined for harassing or discriminating against other persons at the workplace?
13. Have you ever managed or supervised people as part your job? If "Yes," have you ever had to discipline or fire someone for any reason? If "Yes," please explain.
14. Has your employer ever been sued for discrimination or harassment? If "Yes," please explain.
15. Have you ever been interviewed, interrogated, or asked to give a statement in an employer's investigation of an employment matter? If so, please explain.
16. If you own or have ever owned a business or been self-employed, were you ever sued for discrimination or harassment?

17. Do you agree or disagree with this statement: Discrimination/ harassment claims are just excuses to cover up other problems people are having on the job. Why do you feel that way?
18. Do you agree or disagree with this statement: Employment discrimination is a thing of the past. Why do you feel that way?

**Bias Surrounding the Law.**

19. This case deals with the Title VII of the Civil Rights Act of 1964, as amended in 1991, which make is unlawful to discriminate against a person because of religion. Some people think that these types of laws are a prime example of government overreaching into the private and professional lives of American citizens and businesses. Who tends to lean that way in your own mind? What has influenced your opinion on that subject?
20. Who thinks it may be okay to sue if they have wrongfully terminated from a job, but objects strongly to that lawsuit being filed for money damages? Tell me about that, please.
21. Who here thinks that the laws governing the handling of religious discrimination under the certain conditions may put an undue burden on employers? How did you come to that opinion?
22. Who here has an honest philosophical disagreement with federal employment discrimination laws? Or those who bring discrimination lawsuits?
23. Do any of you believe that state and federal legislatures should not pass laws that prohibit employment discrimination against persons with disabilities?
24. Do you believe mental anguish and emotional distress (like anxiety and fear) are real?
25. Can you award damages for mental anguish and emotional distress? Who can't?

**Personal Connections.**

26. The plaintiffs are Rachel Meullion and Kirk Underwood. Their attorneys are Allison A. Jones and Marcus Sandifer. The Defendant is the University of Louisiana at Lafayette. Its counsel is Lawerance "Larry" Marino and Daniel Phillips. Who knows any of parties or the lawyers I have just introduced? If any, please share how you know them and how that might affect your serving in this case.
27. This case involves the University of Louisiana at Lafayette, a public institution. Do you have any strong opinions, positive or negative, about public universities or government agencies that might affect your ability to be impartial?
28. Do you believe state agencies, including Universities, are entitled to the benefit of the doubt?
29. The following are likely witnesses in this case:
    a. Constance Broussard
    b. Linda Cockrell
    c. Stacy Broussard
    d. Vanessa Richard
    e. Lelanya Douet
    f. Bobbie DeCuir

First, who here thinks they know any of these people? If any, please share how you know them and how that might affect your serving in this case.

30. Have you or anyone in your family been employed with the Defendant University of Louisiana at Lafayette or do you know anyone who works there?
31. Have you, a family member, or a close friend ever had any dealings with the Defendant University or anyone who has worked there? If "Yes," what were the circumstances?

32. Have you, a family member, or a close friend ever had any experience with an attorney who has strongly influenced your view of attorneys generally? If "Yes," what were the circumstances and how did that affect your views of attorneys in general and plaintiff or defense attorneys specifically?
33. Who here knows someone else on this jury panel? If so, what other panel member do you know, and how do you know them?
34. Who knows anyone else here with me in the courtroom, like me, my staff, or anyone else who works here at the courthouse? If so, who do you know, and how do you know them?

**Personal Bias/Hardship**

35. Have you ever been a juror in a case? If so, what was the nature and outcome of the suit?
36. Is there anything about that experience that would prevent you from being a fair and impartial juror in this civil action?
37. Is there anyone here who fears they may be terminated from employment or otherwise adversely affected in employment because of jury duty?
38. It is estimated that this trial will take 4 days. Do you have any difficulty being a juror in a case of this duration? If "Yes," please explain.
39. Does anyone have any moral or religious or philosophical beliefs that would make it uncomfortable or difficult for you to judge another person? If "Yes," please explain.

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445

Allison A. Jones, Bar No. 16990
Marcus D. Sandifer, Bar No. 39326

By:___*/s/ Allison A. Jones*_________

Counsel for Plaintiffs