**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RACHEL MEULLION ET AL.** | **CASE NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

*******************************************************************************

# THE BOARD'S PROPOSED VOIR DIRE

## 1. Relationship to the Parties, Counsel, and Witnesses

(a) [Read list of parties, witnesses, and attorneys] Do you know any party, attorney, or potential witness whose name has just been read?

1. If so, who?
2. How do you know that person?
3. [If necessary] Would the fact that you know that person affect your ability to be fair and impartial in this matter against the University?

(b) Do you know anyone else on the jury panel?

(c) Have you, a member of your immediate family, or a close friend had any dispute or unfavorable experience with the University?

1. Who was it that had an unfavorable experience at the University?
2. Was the experience resolved? If so, how?
3. Would that experience affect your ability to be fair and impartial in this matter?

## 2. Exposure to the Case

(a) Have you read, seen, or heard anything about the University's COVID-19 testing or vaccination policies?

1. [If so] What did you read, see, or hear?

2. Do you have any strong opinion about it?

3. Will your opinion affect your ability to be fair and impartial in this matter?

**3. COVID-19 Policies and Public Health Measures**

(a) Do you have any strong opinions about vaccination or testing requirements during the COVID-19 pandemic?

1. If so, what are those opinions?

2. Would your views affect your ability to be fair and impartial in this matter?

(b) Do you have any strong opinions about persons who objected to COVID-19 vaccination or testing requirements due to their religious beliefs?

1. If so, what are those opinions?

(c) During the COVID-19 pandemic, did you work in a position that required you to develop, impose, or enforce any policies requiring employees to take protective measures against COVID-19 of any kind?

1. If so, where were you employed?

2. What was your position?

3. What were the policies that you had to develop, impose, or enforce?

4. Did you have any personal beliefs about whether your employer should or should not have imposed those policies?

(d) During the COVID-19 pandemic, did you, a family member, or a close friend have a job where the employer imposed a policy requiring vaccination against COVID-19?

1. If so, who?

2. Did the employer allow for any exceptions or alternatives to vaccination? If so, what were they?

3. Did [relation] have any strong opinions about whether he or she agreed with the employer's policy?

4. Did [relation] comply with the policy?

5. Was [relation] accused of failing to comply with the policy?

5. Did any employee at [relation's] place of employment receive an accommodation from following the policy due to the employee's religious beliefs?

6. Did [relation] have any strong opinion agreeing or disagreeing with the accommodations?

(e) Have you, a family member, or a close friend ever been disciplined, terminated, or forced to resign from a job because of a COVID-19 testing or vaccination requirement?

1. If so, who?
2. What was [relation's] job? Where was he or she employed?
3. What happened to [relation]?
4. Do you have any strong personal opinions about what happened to that person?

(f) Did you, a family member, or a close friend ever request a religious exemption from a COVID-19 vaccination or testing requirement?

1. If so, who?
2. Was the exemption granted?

(g) Have you ever participated in, organized, or contributed to any group, campaign, or effort supporting or opposing COVID-19 vaccination or testing requirements?

1. If so, please describe the effort that you participated in.

(h) Did you experience the death of a close friend or family member due to a case of COVID-19?

1. If so, who died?
2. Did the death affect your views toward the COVID-19 pandemic?

    A. If so, how?

(i) Did you, a close friend, or a family member survive a severe case of COVID-19 or long COVID-19 during the COVID-19 pandemic?

1. If so, please describe the person, the severity of the case, and the treatment involved.
2. Did that case of COVID-19 affect your views toward the COVID-19 pandemic?

    A. If so, how?

(j) Do you have any strong opinions about the guidance that the CDC issued during the COVID-19 pandemic?

1. If so, what are those opinions?

2. Would your views affect your ability to be fair and impartial in this matter?

**4. Religion and Religious Accommodation**

(a) The law in this case requires the jury to distinguish between genuine religious beliefs and beliefs that are political, philosophical, medical, or personal in nature. Would anything about your own beliefs make it difficult for you to apply that distinction?

1. How so?

(b) The jury will be asked to decide whether a Plaintiff's claimed religious belief was sincerely held. Do you have any views—religious, moral, or otherwise—that would prevent you from evaluating the sincerity of another person's claimed religious belief, even when the law directs the jury to do so?

1. If so, please explain those views.

(c) Do you have strong views about religion personally?

1. If so, what are they?

2. Would those views affect your ability to be fair and impartial in this matter?

**5. Employment Disputes and Lawsuits**

(a) Have you, a family member, or a close friend ever been involved in a claim of discrimination or retaliation against an employer?

1. If so, please describe the claim and how it was resolved, if it was.

2. Was the claim resolved to [relation's] satisfaction?

(b) Have you, a family member, or a close friend ever been terminated or forced to leave a job under circumstances you considered unfair?

(c) Do you tend to sympathize with employees over employers in conflicts between an employer and an employee?

**6. Government Entities**

(a) The University is a public institution of the State of Louisiana. Do you hold views about government—positive or negative—that would affect your ability to be fair and impartial?

**7. General**

(a) Will you accept and apply the law as the Court instructs you at the end of the case, even if you personally disagree with it?

(b) Is there anything about your background, your experience, your beliefs, or your present circumstances—whether or not I have asked about it—that would make it difficult for you to serve as a fair and impartial juror in this case?

(c) Is there any reason you have not already mentioned why you could not sit as a juror and decide this case based solely on the evidence and the Court's instructions?

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

s/*Lawrence E. Marino*
**LAWRENCE E. MARINO, Bar Roll No. 23206**
**DANIEL J. PHILLIPS, Bar Roll No. 32921**
SPECIAL ASSISTANT ATTORNEYS GENERAL
**OATS & MARINO**
**A Partnership of Professional Corporations**
Suite 400, Gordon Square
100 East Vermilion Street
Lafayette, Louisiana 70501
Tel: (337) 233-1100
Fax: (337) 233-1178
Email: lmarino@oatsmarino.com
dphillips@oatsmarino.com
Attorneys for Defendant, Board of Supervisors for the University of Louisiana System