**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RACHEL MEULLION ET AL.** | **CASE NO. 6:23-CV-01312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

*******************************************************************************

**JOINT AFFIRMATION OF SETTLEMENT DISCUSSIONS**

NOW INTO COURT, through undersigned counsel, come Rachel Meullion, Kirk Underwood (jointly, Plaintiffs) and the Board of Supervisors, University of Louisiana Systems (Defendant; Plaintiffs and Defendant are jointly referenced herein as the Parties), who file the foregoing joint affirmation of settlement discussions, as follows:

1. Pursuant to the Amended Scheduling Order,[1] the Parties file this Affirmation of Settlement Discussions.

2. Consistent with the requirements of the Amended Scheduling Order, the Parties met with counsel (after counsel was retained by Plaintiffs) in person to conduct settlement discussions and negotiations on the following dates:

- February 11, 2026 at Courtroom 6 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.
- May 14, 2025 at the same location; and
- March 19, 2025 at the same location.

[1] R. Doc. 137 at 2.

3. In addition to the in-person settlement conferences discussed above, the Parties have exchanged numerous emails and telephone calls discussing the possibility of settlement, which discussions remain ongoing.

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445

Allison A. Jones, Bar No. 16990
Marcus D. Sandifer, Bar No. 39326

By: *\/s/ Allison A. Jones*

Counsel for Plaintiffs

And

**LIZ MURRILL**
**ATTORNEY GENERAL**

***s/Lawrence E. Marino***
**LAWRENCE E. MARINO, Bar Roll No. 23206**
**DANIEL J. PHILLIPS, Bar Roll No. 32921**
SPECIAL ASSISTANT ATTORNEYS GENERAL
**OATS & MARINO**
**A Partnership of Professional Corporations**
Suite 400, Gordon Square
100 East Vermilion Street
Lafayette, Louisiana 70501
Tel: (337) 233-1100
Fax: (337) 233-1178
Email: lmarino@oatsmarino.com
dphillips@oatsmarino.com
Attorneys for Defendant, Board of Supervisors
for the University of Louisiana System