**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RACHEL MEULLION ET AL** | **CASE NO. 6:23-CV-1312** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS UNIVERSITY OF LOUISIANA SYSTEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Pretrial Conference**

| | | | |
|---|---|---|---|
| Date: | 11/9/2026 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:00 AM | Courtroom Deputy: | Dru Casebonne |
| Court Adjourned: | 10:25 AM | Court Reporter: | N/A |
| Statistical Time: | 25 mins | Location: | Chambers |

**APPEARANCES**

| | | |
|---|---|---|
| Allison Jones and Marcus Sandifer | For | Plaintiffs |
| Lawrence E. Marino and Daniel J. Phillips | For | Board of Supervisors University of Louisiana System, Defendant |

**PROCEEDINGS**

The Court held a pretrial conference in chambers. The Court discussed evidentiary and procedural issues regarding the jury trial.

Jury trial remains set for November 16, 2026, at 9:00 a.m. in Courtroom 1 in Lafayette, La.

The Court will set aside 4 days for trial. Each side will be afforded 20 minutes for opening statements and 30 minutes for closing arguments.

The parties discussed including joint stipulations in the jury instructions.

The Court advised the parties about his recent discussions with the administration of the University of Louisiana at Lafayette regarding the possibility of teaching a civics class in the Fall of 2027. The parties were instructed to inform the Court of any objection or request for recusal on that basis by close of business Wednesday, November 11, 2026.

Exhibit and witness lists and bench books are due by Thursday, November 12, 2026.